UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teodoro Pena,                                                           Civil No. 05-1969 (RHK/FLN)

      Petitioner,                                                           **ORDER**

v.

United States of America,

      Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 31, 2005, and the undersigned's de novo review of the Objections thereto,

**IT IS ORDERED**:

1. The Objections (Doc. No. 4) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 2) is **ADOPTED**;

3. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1] is **DISMISSED** for lack of jurisdiction.

Dated: September 22, 2005

                                              s/Richard H. Kyle
                                               RICHARD H. KYLE
                                          United States District Judge